IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY FAILS,

    Plaintiff,

v.                                   CASE NO. 4:13cv456-RH/GRJ

SECRETARY, DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.

_____/

## ORDER DENYING A PRELIMINARY INJUNCTION

This case is before the court on the report and recommendation, ECF No. 41, and the objections, ECF No. 48. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for a preliminary injunction, ECF No. 20, is DENIED.

SO ORDERED on November 16, 2013.

                                           s/Robert L. Hinkle
                                           United States District Judge