IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ANTHONY FAILS,

    Plaintiff,

v.                              CASE NO. 4:13cv456-RH/GRJ

SECRETARY, DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.

_____/


## ORDER OF DISMISSAL

This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 63, and the objections, ECF No. 64. I have reviewed de novo the issues raised by the objections.

The report and recommendation concludes that the complaint should be dismissed for failure to exhaust administrative remedies and for additional reasons. The Prison Litigation Reform Act requires exhaustion. The plaintiff admits that he did not fully exhaust before filing this action.

The plaintiff contends he has now exhausted and thus should be allowed to go forward. But the PLRA requires exhaustion before an action is brought. The

law of the circuit is that belated exhaustion, followed by an amended complaint, does not cure the initial failure to exhaust. *See Smith v. Terry*, 491 F. App'x 81, 82-83 (11th Cir. 2012) (collecting cases).

This case thus must be dismissed. I do not reach the other grounds for dismissal addressed in the report and recommendation.

For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The defendants' motions to dismiss, ECF Nos. 44 and 45, are GRANTED. The clerk must enter judgment stating, "The complaint is dismissed without prejudice for failing to exhaust administrative remedies." The clerk must close the file.

SO ORDERED on August 19, 2014.

                                          s/Robert L. Hinkle
                                          United States District Judge